UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JESSIE R WILLIAMS #143236 | CIVIL ACTION NO. 18-cv-731 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JAMES M. LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 57] having been considered, together with written Objections [Doc. No. 59] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 45] is **GRANTED** and Plaintiff's civil rights claims for damages are **DISMISSED WITH PREJUDICE** to being asserted again until such time as the Heck conditions are met, and Plaintiff's claims for injunctive relief are **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this the 14th day of August 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE